[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-13999

Non-Argument Calendar

_____

ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC,

Plaintiff-Appellant,

*versus*

COCA-COLA COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:16-cv-01241-TWT

_____

2                       Opinion of the Court                    23-13999

Before ROSENBAUM, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Rothschild Connected Devices Innovations, LLC ("RCDI") appeals from the district court's entry of summary judgment in favor of Coca-Cola Company and the court's order denying its motion for reconsideration. RCDI's amended complaint asserted a single claim for patent infringement arising under the patent laws of the United States, and its notice of appeal specified that it was appealing to the U.S. Court of Appeals for the Federal Circuit. The district court transmitted the notice of appeal to both courts of appeals. Because the Federal Circuit has exclusive jurisdiction over appeals from a final decision of a district court in any civil action arising under any Act of Congress relating to patents, we lack jurisdiction to review the district court's judgment and its order denying reconsideration. *See* 28 U.S.C. § 1295(a)(1); *Gunn v. Minton*, 568 U.S. 251, 257 (2013); *Holmes Grp., Inc. v. Vornado Air Circulations Sys., Inc.*, 535 U.S. 826, 830 (2002).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.